| Fill in this information to identify the case | |
| --- | --- |
| Debtor name | **Wilson Metal Fabricators, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-31452** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

2. **Cash on hand**                                                                       _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

   3.1. **Chase Bank**                    **Checking account**        **9  3  0  7**        $29,375.20

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | **$29,375.20** |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor **Wilson Metal Fabricators, Inc.**
Name

Case number (if known) **19-31452**

7. **Deposits, including security deposits and utility deposits**

> Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

> Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| Current value of debtor's interest |
| --- |
| **$0.00** |

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

11. **Accounts receivable**

Current value of debtor's interest

11a. 90 days old or less: $132,793.98 – $0.00 = ·············→ $132,793.98
face amount                       doubtful or uncollectible accounts

11b. Over 90 days old: $15,002.98 – $0.00 = ·············→ $15,002.98
face amount                       doubtful or uncollectible accounts

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
| --- |
| **$147,796.96** |

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

> Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

> Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

> Describe:

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| |
| --- |
| **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor **Wilson Metal Fabricators, Inc.**          Case number (if known) **19-31452**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Excess materials from prior jobs** | | | | **$0.00** |
| **20. Work in progress** | | | | |
| **Work in progress** | | | | **$20,000.00** |

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$20,000.00** |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

Debtor  **Wilson Metal Fabricators, Inc.**                                          Case number (if known) **19-31452**
_____Name_____

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | | | $1,000.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 6 Computers, 1 printers, copier, and phone system | | | $1,200.00 |
| **42. Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $2,200.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Mitsubishi Forklift | | | $6,300.00 |
| TCM FG-25 Forklift | | | $1,000.00 |
| 2 Tailift Model FG25P Forklifts (leased) | | | $0.00 |

Debtor **Wilson Metal Fabricators, Inc.**  Case number (if known) **19-31452**
Name

| | | | |
|---|---|---|---|
| **Accupress Model 7606 Press Brake (leased)** | | | **$0.00** |
| **Shop equipment and machinery (see attached list)** | | | **$397,515.00** |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.  **$404,815.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1925 N. Lancaster-Hutchins Road**<br>**Lancaster, TX 75134**<br>**Building and Land** | Fee Simple | | Debtor's Best Esti | $700,000.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.  **$700,000.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| http://www.wilsonmetalfab.com | | | $0.00 |

Debtor **Wilson Metal Fabricators, Inc.**               Case number (if known) **19-31452**
_____Name

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                                    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

                                                                                        Current value of
                                                                                        debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  _Examples:_ Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                    | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Wilson Metal Fabricators, Inc.**
Name                                                                Case number (if known)   **19-31452**

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$29,375.20** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$147,796.96** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$20,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,200.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$404,815.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................➔ | | **$700,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+ $0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | **$604,187.16** | + 91b. **$700,000.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................... **$1,304,187.16**

**Fill in this information to identify the case:**

Debtor name **Wilson Metal Fabricators, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-31452**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name<br>**Chase Bank** | Describe debtor's property that is subject to a lien | $386,910.87 | $700,000.00 |
|---|---|---|---|

Creditor's mailing address
**100 N. Central Expressway**

**Building and Land**

Describe the lien

**Real Estate Note / Agreement**

**Richardson          TX    75080**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $600,457.93

Debtor **Wilson Metal Fabricators, Inc.**      Case number (if known) **19-31452**

| Part 1: | Additional Page | | | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2**

Creditor's name
**Internal Revenue Service**

Describe debtor's property that is
subject to a lien
**Business Personal Property**

$198,982.06      $545,311.96

Creditor's mailing address
**PO Box 7346**

Describe the lien
**Tax Lien-941 Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Philadelphia**    **PA**    **19101-7346**

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number    **4**   **5**   **3**   **2**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

     ☐ No. Specify each creditor, including this
creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
specified on lines _____

**2.3**

Creditor's name
**Wells Fargo Equipment Finance**

Describe debtor's property that is
subject to a lien
**Equipment**

$14,565.00      $0.00

Creditor's mailing address
**PO BOX 1450**

Describe the lien
**Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Minneapolis**    **MN**   **55485**

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

     ☐ No. Specify each creditor, including this
creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
specified on lines _____

**Accurpress Press Brake**

**Fill in this information to identify the case:**

Debtor **Wilson Metal Fabricators, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-31452**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$201,018.00** | **$201,018.00** |

**Internal Revenue Service**

**PO Box 7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**      **PA**      **19101-7346**

Date or dates debt was incurred

Last 4 digits of account number    **4**   **5**   **3**   **2**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

Basis for the claim:
**941 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Wilson Metal Fabricators, Inc.** | Case number (if known) | **19-31452** |
| --- | --- | --- | --- |

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**A588 STEEL**

**1401 Meadow Craft Rd**

**Birmingham**              **AL**      **35215**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,041.01**

**3.2** Nonpriority creditor's name and mailing address

**Able Sandblasting Company**

**PO BOX 540812**

**DALLAS**              **TX**      **75354-0812**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$675.00**

**3.3** Nonpriority creditor's name and mailing address

**AETNA**

**P.O. BOX 7247-0213**

**PHILADELPHIA**              **PA**      **19170**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$30,000.00**

**3.4** Nonpriority creditor's name and mailing address

**Afisco Industrial**

**PO BOX 5332**

**Arlington**              **TX**      **76005-5332**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,299.74**

Debtor **Wilson Metal Fabricators, Inc.**                                           Case number (if known) **19-31452**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,998.79** |

**All-Tex Pipe & Supply**

**P.O. Box 911854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**    **75391-1854**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$750.18** |

**American Automatic Sprinkler**

**P.O. Box 7705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Ft. Worth**                    **TX**    **76111**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,927.36** |

**ATMOS ENERGY**

**P.O.Box 78108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Phoenix**                    **AZ**    **85062-8108**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,253.00** |

**Big D Bolt & Tool**

**3633 Miller Rd.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Garland**                    **TX**    **75041**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor __**Wilson Metal Fabricators, Inc.**__ Case number (if known) __**19-31452**__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** **Nonpriority creditor's name and mailing address**

__**Billor McDowell Machine Tool Service**__

__**6025 Commerce Dr., Suite 510**__

__**Irving** **TX** **75063**__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__**Goods and/or Services**__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,043.47**

---

**3.10** **Nonpriority creditor's name and mailing address**

__**Bradford Derustit Corp**__

__**PO Box 1194**__

__**Yorba Linda** **CA** **92885-1194**__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__**Goods and/or Services**__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$961.30**

---

**3.11** **Nonpriority creditor's name and mailing address**

__**C.R. Laurence Company**__

__**950 Solon Rd**__

__**Waxahachie** **TX** **75165**__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__**Goods and/or Services**__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$8,568.55**

---

**3.12** **Nonpriority creditor's name and mailing address**

__**Cajun Electric Motors, Inc**__

__**P.O. Box 2459**__

__**Red Oak** **TX** **75154-2459**__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__**Goods and/or Services**__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,132.85**

---

Debtor **Wilson Metal Fabricators, Inc.**          Case number (if known)   **19-31452**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |

**Casters of Dallas, Inc**                          **$120.00**

**2805 Barranca Pkwy**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Irvine**                **CA**     **92606**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address |

**CHUCK FAIRBANKS**                                 **$73.14**

**629 N. I-35 E**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DESOTO**                **TX**     **75115**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.15 | Nonpriority creditor's name and mailing address |

**CL ALLOYS DALLAS**                                **$9,161.91**

**PO BOX 674116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**                **TX**     **75267-4116**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address |

**Commerce Steel, Inc**                             **$10,869.06**

**P.O.Box 225127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Dallas**                **TX**     **75222**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**nka Texas Iron and Steel DFW, LLC**

---

Debtor **Wilson Metal Fabricators, Inc.**                                    Case number (if known) **19-31452**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,082.73 |

**Curtis Steel Corp.**

**P.O.Box 4346**

**Dept. 574**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77210**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | | $1,094.42 |

**D&R Saw**

**11060 Harry Hines Blvd**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**      **75229**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | | $160,000.00 |

**Darold Wilson**

**5131 Woodsboro Dr**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Balch Springs**              **TX**      **75180**

Basis for the claim:
**Personal Loans to Business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | | $3,972.88 |

**Dental Select**

**P.O. BOX 301680**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**      **75303-1680**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor **Wilson Metal Fabricators, Inc.**   Case number (if known) **19-31452**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21** Nonpriority creditor's name and mailing address

**DOUBLE D FASTENERS, INC.**

**4455 Mint Way**

**Dallas** **TX** **75236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,176.93**

---

**3.22** Nonpriority creditor's name and mailing address

**Eagle National Steel, Ltd.**

**540 Skyline Drive**

**Hutchins** **TX** **75141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$116,919.45**

---

**3.23** Nonpriority creditor's name and mailing address

**ELLIOT ELECTRIC SUPPLY, INC.**

**P.O. Box 206524**

**Dallas** **TX** **75320-6524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,449.08**

---

**3.24** Nonpriority creditor's name and mailing address

**Estes Express Lines**

**P.O. Box 25612**

**Richmond** **VA** **23260-5612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$642.51**

---

Debtor    **Wilson Metal Fabricators, Inc.**      Case number (if known)   **19-31452**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**   Nonpriority creditor's name and mailing address

**Fastenal Company**

**P.O. Box 978**

**Winona**     **MN**    **55987-0978**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,002.07**

---

**3.26**   Nonpriority creditor's name and mailing address

**Forklifts Repairs & Sales**

**PO BOX 560046**

**DALLAS**     **TX**    **75356**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,780.64**

---

**3.27**   Nonpriority creditor's name and mailing address

**FS Alloys Inc.**

**1100 Chase Road, Suite #400**

**Mesquite**     **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**fna Nova Alloys**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$108,945.24**

---

**3.28**   Nonpriority creditor's name and mailing address

**Guardian Packaging**

**3615 Security Street**

**Garland**     **TX**    **75042**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$802.50**

---

Debtor **Wilson Metal Fabricators, Inc.**                                    Case number (if known) **19-31452**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.29**    Nonpriority creditor's name and mailing address

**K AUTO PARTS**

**PO BOX 1556**

**RED OAK**                    **TX**        **75154**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$121.18**

---

**3.30**    Nonpriority creditor's name and mailing address

**K-T Galvanizing Company, Inc**

**P.O. Box 560**

**Katy**                    **TX**        **77492-0560**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,163.68**

---

**3.31**    Nonpriority creditor's name and mailing address

**Kent H. Landsberg Company of Dallas L.P.**

**P.O. Box 731575**

**Dallas**                    **TX**        **75373-1575**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,373.49**

---

**3.32**    Nonpriority creditor's name and mailing address

**Kimball Midwest**

**DEPT L-2780**

**Columbus**                    **OH**        **43260-2780**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$204.59**

---

Debtor **Wilson Metal Fabricators, Inc.**                    Case number (if known) **19-31452**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.33** Nonpriority creditor's name and mailing address

**Klingspor Abrasives, Inc.**

**P.O. Box 2367**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,052.61**

**Hickory**                    **NC**    **28603**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

**Lonestar 401 (k) Consultants**

**200 S. Oakridge Drive, Suite 101-703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,392.00**

**Hudson Oaks**                **TX**    **76087**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**Mary Galavis**

**c/o Gilbert Eric De Leon**

**219 N. Alamo St. Suite 300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**

**San Antonio**               **TX**    **78205**

Basis for the claim:
**Lawsuit**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**Mate Precision**

**1295 Lund Boulevard**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,884.21**

**Anoka**                     **MN**    **55303**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor **Wilson Metal Fabricators, Inc.**  Case number (if known) **19-31452**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173.33** |

**McMaster- Carr**

**PO Box 7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**  IL  60680-7690

**Basis for the claim:** **Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,667.36** |

**Memco**

**PO Box 301729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**  TX  75303-1729

**Basis for the claim:** **Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,271.21** |

**MESSER CUTTING SYSTEMS, INC**

**P.O. BOX 8845**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CAROL STREAM**  IL  60197-8845

**Basis for the claim:** **Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,470.40** |

**Metals Inc**

**PO Box 205462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**  TX  75320-5462

**Basis for the claim:** **Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Wilson Metal Fabricators, Inc.**                    Case number (if known) **19-31452**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41** Nonpriority creditor's name and mailing address

**MSC Industrial Supply Co., Inc**

**PO BOX 953635**

**SAINT LOUIS**      **MO**    **63195-3635**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,549.86**

---

**3.42** Nonpriority creditor's name and mailing address

**MURATA MACHINERY USA**

**PO BOX 751458**

**CHARLOTTE**      **NC**    **28275**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$446.19**

---

**3.43** Nonpriority creditor's name and mailing address

**NACM Southwest**

**900 Pierremont Rd., Ste 110**

**Shreveport**      **LA**    **71106**

Date or dates debt was incurred

Last 4 digits of account number   **2 3 2 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Debts / Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$204.59**

---

**3.44** Nonpriority creditor's name and mailing address

**NACM Southwest**

**751 Plaza Blvd**

**Coppell**      **TX**    **75019**

Date or dates debt was incurred

Last 4 digits of account number   **2 7 9 6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$108,945.24**

**Collection Agent for Nova Alloys**

---

Debtor **Wilson Metal Fabricators, Inc.**                    Case number (if known) **19-31452**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.45** Nonpriority creditor's name and mailing address

**PURVIS INDUSTRIES**

**P.O. Box 540757**

**Dallas**                    **TX**      **75354-0757**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$108.99**

---

**3.46** Nonpriority creditor's name and mailing address

**R.S. Hughes Company, Inc**

**P.O. Box 540486**

**Dallas**                    **TX**      **75354**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,588.95**

---

**3.47** Nonpriority creditor's name and mailing address

**S.O.T. Abrasives & Equipment**

**10750 Metric Drive**

**Dallas**                    **TX**      **75243**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$12,453.25**

---

**3.48** Nonpriority creditor's name and mailing address

**Sabre Industries**

**PO BOX 658**

**Sioux City**                    **IA**      **51102**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,101.20**

---

Debtor **Wilson Metal Fabricators, Inc.**      Case number (if known) **19-31452**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49** Nonpriority creditor's name and mailing address

**Security Assistant**

**P.O. Box 550305**

**Dallas**      **TX**      **75355-0305**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$346.24**

---

**3.50** Nonpriority creditor's name and mailing address

**Southern Stud Weld, Inc**

**P.O Box 90790**

**Houston**      **TX**      **77290-0790**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,452.77**

---

**3.51** Nonpriority creditor's name and mailing address

**STAR TIRE COMPANY, INC**

**P.O. BOX 541508**

**DALLAS**      **TX**      **75354**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,339.24**

---

**3.52** Nonpriority creditor's name and mailing address

**SUNBELT RENTALS**

**P.O. BOX 409211**

**ATLANTA**      **GA**      **30384-9211**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$5,122.91**

---

Debtor **Wilson Metal Fabricators, Inc.**    Case number (if known) **19-31452**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.53** Nonpriority creditor's name and mailing address

**Texas Iron and Steel DFW, LLC**

**PO Box 543631**

**Dallas**                    **TX**    **75354**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**formerly Commerce Steel**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.54** Nonpriority creditor's name and mailing address

**Texas Mutual Insurance Company**

**P.O. Box 841843**

**Dallas**                    **TX**    **75284**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$5,689.00**

---

**3.55** Nonpriority creditor's name and mailing address

**Thad Ziegler Glass, Ltd**

**3055 North Pan Am Expressway**

**San Antonio**                **TX**    **78219**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$87,262.29**

---

**3.56** Nonpriority creditor's name and mailing address

**The Hanover Insurance Group**

**PO Box 580045**

**Charlotte**                  **NC**    **28258-0045**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$21,251.85**

---

Debtor  **Wilson Metal Fabricators, Inc.**                    Case number (if known)  **19-31452**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57** Nonpriority creditor's name and mailing address

**Trident Co.**

**P.O. Box 846196**

**Dallas**                          **TX**      **75284-6196**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$5,508.20

---

**3.58** Nonpriority creditor's name and mailing address

**Tucker Fuel & Oil**

**P.O. Box 252**

**Hutchins**                        **TX**      **75141**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$3,364.54

---

**3.59** Nonpriority creditor's name and mailing address

**UPS**

**P.O. Box 7247-0244**

**Philadelphia**                    **PA**      **19170-0001**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$571.64

---

**3.60** Nonpriority creditor's name and mailing address

**Willbanks Metals**

**1155 NE 28th St**

**Fort Worth**                      **TX**      **76106**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$1,500.00

---

Debtor    **Wilson Metal Fabricators, Inc.**                                    Case number (if known)   **19-31452**

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.61**   Nonpriority creditor's name and mailing address

**Wrisco Ind.**

**12102 Corporate Dr**

**Dallas**                    **TX**    **75228**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,593.75**

---

**3.62**   Nonpriority creditor's name and mailing address

**WWBD**

**1925 N. Lancaster-Hutchins Road**

**Lancaster**                **TX**    **75134**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.63**   Nonpriority creditor's name and mailing address

**YRC FREIGHT**

**PO BOX 730375**

**DALLAS**                   **TX**    **75373-0375**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,042.96**

Debtor    **Wilson Metal Fabricators, Inc.**                    Case number (if known)   **19-31452**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

 **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**  **Adair, Morris & Osborn, P.C.**

 **325 N. St. Paul Street, Ste. 4100**

 **Dallas          TX     75201**

Line   **3.22**

☐ Not listed.  Explain:

__ __ __ __

**4.2**  **D. Bradley Kizzia**

 **Nicholas D. Custred**

 **Kizzia Johnson PLLC**

 **1910 Pacific Ave., Ste 13000**

 **Dallas          TX     75201**

 **Attorneys for Texas Iron and Steel DFW, LLC; fka Commerce Steel**

Line _____

☑ Not listed.  Explain:
 **Notice Only**

__ __ __ __

**4.3**  **Flying X Electric**

 **1227 W. Campbell Rd., Suite #301**

 **Richardson          TX     75080**

Line _____

☑ Not listed.  Explain:
 **Notice Only**

__ __ __ __

**4.4**  **G. Eric De Leon**

 **Law Office of G. Eric De Leon, PLLC**

 **219 N. Alamo St. Suite 300**

 **San Antonio          TX     78205**

 **Attorney for Mary Galavis**

Line _____

☑ Not listed.  Explain:
 **Notice Only**

__ __ __ __

**4.5**  **Matt Wright**

 **PO BOX 7317**

 **Longview          TX     75604**

 **Texas Iron and Steel DFW, LLC**

Line _____

☑ Not listed.  Explain:
 **Notice Only**

__ __ __ __

**4.6**  **Metroplex Welding Supply**

 **1970 W. Northwest Hwy**

 **Dallas          TX     75220**

Line _____

☑ Not listed.  Explain:
 **Notice Only**

__ __ __ __

Debtor   **Wilson Metal Fabricators, Inc.**                                    Case number (if known)   **19-31452**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **The Receivable Management Services LLC**<br>**PO Box 361348**<br>**Columbus          OH     43236**<br>**Collection Agent for Billor Enterprises** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.8 | **The Winter Law Firm, PLLC**<br>**Attn: West W. Winter**<br>**9601 McAllister Freeway, Ste. 401**<br>**San Antonio          TX     78216** | Line __**3.55**__<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.9 | **Tracy Adkins, CPA**<br>**2144 N. Beltline Rd, Suite H**<br>**Mesquite          TX     75150** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.10 | **TRULITE GLASS & ALUMINUM**<br>**PO BOX 935480**<br>**Atlanta          GA     31193-0282**<br>**See Thad Ziegler Glass, Ltd.** | Line _____<br><br>☑ Not listed.  Explain:<br>**Goods and/or Services** | __ __ __ __ |

Debtor **Wilson Metal Fabricators, Inc.**    Case number (if known) **19-31452**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.  $201,018.00 |
| 5b. | **Total claims from Part 2** | 5b. +  $826,961.53 |
| 5c. | **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c.  $1,027,979.53 |

**Fill in this information to identify the case:**

Debtor name **Wilson Metal Fabricators, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-31452** Chapter **11**
(if known)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **2 Tailift Model FG25P Forklifts Lease Contract to be ASSUMED** | **Financial Pacific Leasing, Inc** <br> **PO BOX 749642** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Los Angeles**      **CA**      **90074-9642** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Accupress Model 7606 Press Brake Contract to be ASSUMED** | **Wells Fargo Equipment Finance** <br> **PO BOX 1450** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Minneapolis**      **MN**      **55485** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Leased building and land Contract to be ASSUMED** | **WWBD** <br> **1925 N. Lancaster-Hutchins Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lancaster**      **TX**      **75134** |

**Fill in this information to identify the case:**

Debtor name **Wilson Metal Fabricators, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-31452**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Darold Wilson** | **5131 Woodsboro Dr**<br>Number      Street | **Eagle National Steel, Ltd.** | ☐ D<br>☑ E/F<br>☐ G |
| | **Balch Springs**          **TX**   **75180**<br>City                    State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **Wilson Metal Fabricators, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-31452**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.................................................................................. | **$700,000.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B............................................................................... | **$604,187.16**

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B.................................................................................. | **$1,304,187.16**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............ | **$600,457.93**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F...................................... | **$201,018.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................. | **+   $826,961.53**

4. **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................... | **$1,628,437.46**

---

**Fill in this information to identify the case and this filing:**

Debtor Name    **Wilson Metal Fabricators, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **19-31452**
(if known)

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/21/2019**      X **/s/ Darold Wilson**
       MM / DD / YYYY        Signature of individual signing on behalf of debtor

                         **Darold Wilson**
                         Printed name

                         **President**
                         Position or relationship to debtor

## Schedule A/B No. 50

| EQUIPMENT | WORTH |
|---|---|
| BRIDGEPORT MILLING MACHINE | $    2,100.00 |
| W.A. WHITNEY 615 PUNCH | $    6,790.00 |
| W.A. WHITNEY 635 A PUNCH | $    7,000.00 |
| POWERMATIC POWER SAW | $    3,500.00 |
| EUROMAC 200/6 NOTCHER | $    6,720.00 |
| ACCURAPRESS 725014 | $  20,000.00 |
| ACCURAPRESS 717512 | $  15,000.00 |
| 4' BRAKE PRESS | $    2,100.00 |
| RYERSON 12' PINCH ROLL | $    7,000.00 |
| MILLER SYNCROWAVE 300 | $    2,800.00 |
| (2) - MILLERMATIC 250 X MIG MACHINE | $    3,640.00 |
| (2) - MILLERMATIC 251 X MIG MACHINE | $    3,640.00 |
| MILLER DIALARC MF TIG | $    1,400.00 |
| MILLER SYNCROWAVE 250 DX | $    3,360.00 |
| MILLER SYNCROWAVE 250 DX | $    3,360.00 |
| ACCURASHEAR | $  20,000.00 |
| ROLL IN BAND SAW | $    1,260.00 |
| DT INDUSTRIES SPOT WELDER | $    4,200.00 |
| MUBEA IRONWORKER | $    7,000.00 |
| FMB DROP SAW | $    4,200.00 |
| FMB DROP SAW | $    5,600.00 |
| JET DRILL PRESS | $       630.00 |
| HITACHI 15" CHOP SAW | $       280.00 |
| MILLER PORTABLE WELDER | $    1,540.00 |
| STEEL MAX SKILL SAW | $       245.00 |
| HUSKY POWERWASHER | $       140.00 |
| MAKITA CHOP SAW | $       210.00 |
| MILWAUKEE CHOP SAW | $       210.00 |

| | | |
|---|---|---|
| ROPER WHITNEY 36" ROLL | $ | 210.00 |
| PLASMA CUTTER  (NEW) | $ | 210,000.00 |
| PLASMA CUTTER | $ | 1,820.00 |
| PLASMA CUTTER | $ | 1,260.00 |
| PLASMA CUTTER | $ | 2,800.00 |
| STUD WELDER | $ | 500.00 |
| TIMESAVER | $ | 7,000.00 |
| MURATA PUNCH | $ | 25,000.00 |
| AMERICOR ROLL | | |
| VERSON BRAKE PRESS | $ | 3,000.00 |
| COMEQ HANDROLL | $ | 12,000.00 |
| Total | $ | 397,515.00 |